# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Lee, John Z. | **2. Court or Organization**<br><br>U.S. District Court, N.D.Ill. | **3. Date of Report**<br><br>10/25/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (active) | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>219 South Dearborn Street<br>Room 122<br>Chicago, Illinois 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Physician Anesthesia Associates |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 10/23/16-10/25/16 | South Bend, IN | Judicial conference | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One | Mortgage on Rental Property #1, Barrington, IL | O |
| 2. Ditech Mortgage Corp. | Mortgage on Rental Property #1, Barrington, IL | M |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, John Z. | 10/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Barrington, IL (2007 $745,000) | E | Rent | O | R | | | | | |
| 2. LPL Financial IRA #1 (H) | | | | | | | | | |
| 3. - Am. Beacon Bridgeway Large Cap Fund | B | Dividend | M | T | Buy | 06/15/16 | M | | |
| 4. - Am. Beacon High Yield Fund | B | Dividend | K | T | | | | | |
| 5. - Am. Beacon Lg Cap Value Fund | | None | | | Buy (add'l) | 04/21/16 | K | | |
| 6. | | | | | Sold | 06/15/16 | M | A | |
| 7. - Am. Beacon Sm Cap Value Fund | B | Dividend | K | T | | | | | |
| 8. - Am. Century Mid Cap Value Fund | B | Dividend | K | T | | | | | |
| 9. - Am. Century Real Estate Fund | C | Dividend | K | T | | | | | |
| 10. - Artisan Mid Cap Fund | C | Dividend | L | T | Sold (part) | 04/21/16 | J | A | |
| 11. - Clearbridge Aggressive Growth Fund | C | Dividend | L | T | | | | | |
| 12. - DWS CROCI International Fund | | None | | | Sold | 04/21/16 | J | A | |
| 13. - Entrust Permal Mut. Fund | A | Dividend | L | T | Buy | 04/22/16 | K | | |
| 14. - JP Morgan Prime Money Mkt Acct | A | Interest | J | T | | | | | |
| 15. - Janus Venture Fund | A | Dividend | K | T | Buy (add'l) | 04/21/16 | J | | |
| 16. - Natixis ASG Global Alt. Fund | | None | | | Sold | 04/21/16 | L | A | |
| 17. - Oakmark International Fund | A | Dividend | K | T | Buy (add'l) | 04/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/15/16 | J | A | |
| 19. - Oakmark Select Fund | D | Dividend | M | T | Buy (add'l) | 04/21/16 | J | | |
| 20. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 21. - Oppenheimer Dev. Mkts Fund | A | Dividend | K | T | | | | | |
| 22. - Prudential Total Return Bond Fund | B | Dividend | L | T | | | | | |
| 23. - RS Small Cap Growth Fund | | None | | | Sold | 04/21/16 | K | | |
| 24. - Touchstone Sands Select Fund | | None | | | Sold | 04/21/16 | L | | |
| 25. - Vanguard Growth ETF | A | Dividend | L | T | Buy | 04/21/16 | K | | |
| 26. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 27. LPL Financial IRA #2 (H) | | | | | | | | | |
| 28. - Janus Global Allocation Mut Fund | A | Dividend | J | T | | | | | |
| 29. - Goldman Sachs Bank USA Cash Acct | | None | J | T | | | | | |
| 30. Trust # 1 (H) | | | | | | | | | |
| 31. - Am. Beacon Sm Cap Value Fund | A | Dividend | K | T | | | | | |
| 32. - Am. Beacon Birdgeway Lg Cap Fund | B | Dividend | M | T | Buy (add'l) | 03/21/16 | L | | |
| 33. - Am Century Mid Cap Value Fund | B | Dividend | K | T | | | | | |
| 34. - Am Century Real Estate Mut Fund | C | Dividend | K | T | Buy | 06/15/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Clearbridge Aggressive Growth Fund | C | Dividend | L | T | Buy | 02/22/16 | L | | |
| 36. - Clearbridge Small Cap Mut Fund | A | Dividend | K | T | Buy | 11/30/16 | K | | |
| 37. - Entrust Permal Mut Fund | A | Dividend | L | T | Buy | 03/22/16 | K | | |
| 38. - Henderson Inter'l Opportunities Fund | B | Dividend | L | T | | | | | |
| 39. - iShares Core S&P 500 ETF Fund | B | Dividend | M | T | | | | | |
| 40. - Janus Enterprise Mut Fund | A | Dividend | K | T | | | | | |
| 41. - Natixis ASG Global Alternatives Fund | | None | | | Sold | 03/21/16 | L | A | |
| 42. - Oppenheimer Developing Mkt Fund | A | Dividend | K | T | | | | | |
| 43. - Prudential Total Return Bond Fund | B | Dividend | K | T | | | | | |
| 44. - Ridgeworth Float. Rate High Inc Fund | B | Dividend | K | T | | | | | |
| 45. - Touchstone Small Cap Growth Fund | | None | | | Sold | 04/30/16 | K | A | |
| 46. - Vanguard Growth ETF Fund | A | Dividend | L | T | | | | | |
| 47. - Goldman Sachs Bank USA Cash Acct | A | Dividend | J | T | | | | | |
| 48. Am. Century Equity Income Mut. Fund | A | Dividend | J | T | | | | | |
| 49. Am. Century Value Investor Mut. Fund | A | Dividend | K | T | | | | | |
| 50. Deutsche Managed Muni. Bond Mut. Fund | B | Dividend | K | T | | | | | |
| 51. Henderson Euro. Focus Mut. Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Venture Mut. Fund | A | Dividend | J | T | | | | | |
| 53. Oakmark Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 54. Goldman Sachs Bank USA Cash Acct | | None | J | T | | | | | |
| 55. Bright Directions College Savings 13-16 Portfolio | | None | | | Buy | 01/19/16 | J | | |
| 56. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 57. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 58. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 59. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 60. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 61. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 62. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 63. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 64. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 65. | | | | | Sold | 10/25/16 | M | | |
| 66. Bright Directions College Savings 13-14 Portfolio | | None | M | T | Buy | 10/25/16 | M | | |
| 67. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 68. | | | | | Buy (add'l) | 12/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bright Directions College Savings 17-20 Portfolio | | None | | | Buy | 01/19/16 | J | | |
| 70. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 71. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 72. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 73. | | | | | Sold | 04/25/16 | M | A | |
| 74. Bright Directions College Savings BlackRock Cash Fund | A | Interest | J | T | Buy | 04/25/16 | M | | |
| 75. | | | | | Sold (part) | 07/28/16 | M | A | |
| 76. Bright Directions College Savings Baird Short-Term Bond Fund | | None | K | T | Buy | 04/25/16 | K | | |
| 77. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 78. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 79. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 80. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 81. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 82. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 83. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 84. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 85. Bright Directions 529 College Savings Invesco Govt & Agency Bond Fund | A | Interest | K | T | Buy | 07/28/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/09/16 | K | A | |
| 87. | | | | | Sold (part) | 08/10/16 | K | A | |
| 88. | | | | | Sold (part) | 08/11/16 | K | A | |
| 89. | | | | | Sold (part) | 08/12/16 | K | A | |
| 90. Bright Directions 529 College Savings MFS Value Fund | A | Interest | J | T | Buy | 04/25/16 | J | | |
| 91. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 92. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 93. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 94. | | | | | Sold (part) | 08/11/16 | J | A | |
| 95. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 96. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 97. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 98. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 99. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 100. Bright Directions College Savings Northern Bond Fund | | None | J | T | Buy | 04/25/16 | J | | |
| 101. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 102. | | | | | Buy (add'l) | 06/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 104. | | | | | Sold (part) | 08/11/16 | J | A | |
| 105. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 106. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 107. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 108. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 109. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 110. Bright Directions College Savings Oppenheimer Int'l Growth Fund | None | | J | T | Buy | 04/25/16 | J | | |
| 111. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 112. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 113. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 114. | | | | | Sold (part) | 08/11/16 | J | A | |
| 115. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 116. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 117. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 118. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 119. | | | | | Buy (add'l) | 12/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bright Directions College Savings T Rowe Price Large Cap Growth Fund | | None | J | T | Buy | 04/25/16 | J | | |
| 121. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 122. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 123. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 124. | | | | | Sold (part) | 08/11/16 | J | A | |
| 125. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 126. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 127. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 128. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 129. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 130. Bright Directions College Savings T Rowe Price Real Estate Fund | | None | J | T | Buy | 04/25/16 | J | | |
| 131. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 132. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 133. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 134. | | | | | Sold (part) | 08/11/16 | J | A | |
| 135. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 136. | | | | | Buy (add'l) | 10/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 138. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 139. 6720 Jeffery, LLC | | None | | | Sold | 07/29/16 | M | F | |
| 140. Apple (AAPL) | A | Dividend | L | T | | | | | |
| 141. Revolution Lighting (RVLT) | | None | J | T | | | | | |
| 142. Schwab One Interest Account | A | Interest | J | T | | | | | |
| 143. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 10/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to the Am. Funds Cap. Income Builder Fund, the fund was erroneously listed in the 2015 report as being "Sold (in part)," when in fact it was sold in its entirety. The information in Column D remains unchanged.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John Z. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544